UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GERALD SMITH, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>    Defendants. | Case No: CV 09-6046 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified that the parties have reached a settlement, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be scheduled, provided that such motion within 30 days of the date this order is filed. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: May 6, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge